IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

STACY MILLER, individually, and as )
Plaintiff ad Litem on behalf of )
decedent Alan Miller, )
 )
        Plaintiff, )
 )
v. )
 ) Case No. 07-4088-CV-C-SOW
LAKE REGIONAL HEALTH SYSTEM, )
INC., et. al. )
 )
        Defendants. )

ORDER

Before the Court are a Joint Motion for Dismissal (Doc. #7) and plaintiff's Motion for Remand (Doc. #8). Having reviewed the motions, it is hereby

ORDERED that the Joint Motion for Dismissal (Doc. #7) is granted and the United States of America is dismissed as a defendant in this matter. It is further

ORDERED that plaintiff's Motion for Remand (Doc. #8) is granted and this case is remanded pursuant to 42 U.S.C. §1447 to the Circuit Court of Camden County, Missouri. It is further

ORDERED that the United States of America's Motion to Dismiss (Doc. #3) is dismissed as moot.

                                            /s/Scott O. Wright
                                            SCOTT O. WRIGHT
                                            Senior United States District Judge

Dated: May 31, 2007